UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSE P. VAZQUEZ,

                      Plaintiff,

   -v-                                    5:18-CV-1492
                                           (DNH/ATB)

PAROLE NYS, individually and in its official
capacity,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

JOSE P. VAZQUEZ
Plaintiff pro se
74-A-0117
Collins Correctional Facility
P.O. Box 340
Collins, NY 14034

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Jose P. Vazquez brought this purported civil rights action on December 27, 2018. On February 12, 2020, the Honorable Andrew T. Baxter, United States Magistrate Judge advised by Report-Recommendation that plaintiff's motion to amend and motion for preliminary injunction be denied, and the Complaint be dismissed in its entirety without prejudice but without further opportunity for amendment. Plaintiff filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's motion to amend is DENIED;

2. Plaintiff's motion for a preliminary injunction is DENIED; and

3. The Complaint is DISMISSED in its entirety without prejudice but without further opportunity for amendment.

The Clerk is directed to close the file and enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 18, 2020
       Utica, New York.